*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, KISOR, and GERRITY
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Michael S. BELL**
Boatswain's Mate Chief Petty Officer (E-7), U.S. Navy
*Appellant*

**No. 202500346**

———————————

Decided: 17 July 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Andrea K. Lockhart

Sentence adjudged 12 June 2025 by a special court-martial tried at Naval Base San Diego, San Diego, California consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-6.

For Appellant:
*Lieutenant Benjamin M. Cook, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.